IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_Christopher Dale Roberson_

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

_General Sessions Court of_
_McNairy County_
_Tennessee_

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline.)

        1.  Parties to this previous lawsuit

            Plaintiffs:   _Christopher Dale Roberson_

            Defendants:  _General Sessions Court of McNairy_
            _County Tennessee_

        2.  Court (if federal court, name the district; if state court, name the county):
            _McNairy County Tennessee_
        3.  Docket Number: _12-01308_
        4.  Name of judge to whom case was assigned: _Van Mcmahanc_
        5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
            pending?) _I got sint to grand Jury_
            _____
        6.  Approximate date of filing lawsuit: _11/20/12 thur 12/13/12_

        7.  Approximate date of disposition: _?_

Revised 4/18/08

II.   Place of Present Confinement: *I at the McNairy County Jail*

    A. Is there a prisoner grievance procedure in the institution?

      ? Yes (✓)   No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

      ? Yes (✓)   No ()

    C. If your answer is Yes:

      1. What steps did you take? *Farst I asked for a Inmate Grievance form I told them woth was my problem.*

      2. What was the result? *thay told me I was Deniede at this time*

    D. If your answer is No, explain why not:

III.   Parties

    (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff *Christopher Dale Roberson*

      Address *300 Industrial Drive Selmer, Tn. 38375*

    (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

    B. Defendant *Van Mcmenhane* is employed as *Judge of the Complex* at *the McNairy County Justice Complex*

    C. Additional Defendants: *and Guy Buck the Sheriff and the Sheriffs Department of McNairy County*

IV.   Statement of Claim

    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

*I got here on the NoV-20/2012/ and I did not get my hand prints done and I was not giving my rights to me. and when I wint to court no one woid tell me my rights in court. oK I wint Back to court on Dec-6/2012/ agine noone woid tell me my rights on that Day as well. and I did not get to say any thing on that same day as well OK agine I wint Back to court on Dec-13/2012/ The same thing I was not giving my rights to me. on this day I did not get to have a plea. I was just told to come Back to court on Feb #/2013/ for grand Jury on the /14/ of Feb, I will Be here 87 Days*

Revised 4/18/08

V.     Relief
       State briefly exactly what you want the court to do for you. Make no legal arguments.
       Cite no cases or statutes.

       I wold like the court to help me with getting out
       of this I feel like I am here aginst my well. I wold
       like some thg to be done about it. I wold like the
       court to put a stop to this complex Being ran the worng
       way. I will Let you all do woths Best for me in
       this matter I dont realy know thats why I wont
       ur help whit this.

VI.    Jury Demand
       I would like to have my case tried by a jury Yes (x) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our

information, knowledge, and belief.

            Signed this  17  day of  Januraey        , 20 13   .


                                        Christopher D Roberson
                                        _____

                                        (Signature of Plaintiff/Plaintiffs)

Revised 4/18/08