# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

CHRISTOPHER DALE ROBERSON,
Plaintiff,

v.

VAN MOMENHANE, ET AL.,
Defendants,

CASE NUMBER: 1:13-cv-1029-T

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 2/13/13, the complaint is hereby DISMISSED without prejudice, pursuant to Fed.R.Civ.P.41(b), for failure to prosecute.

APPROVED:

   s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK